

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00669-CR

Michael Anthony **RAMOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR1344A
Honorable Maria Teresa Herr, Judge Presiding[1]

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgments of conviction are AFFIRMED.

SIGNED April 24, 2019.

Luz Elena D. Chapa, Justice

---

[1]Sitting by assignment.